CRESCENT ELECTRIC MEMBERSHIP CORP. v. DUKE POWER CO.

No. 297P97

Case below: 126 N.C.App. 344

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

EVANS v. MacGREGOR DEVELOPMENT CO.

No. 278P97

Case below: 126 N.C.App. 224

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

FARMAH v. FARMAH

No. 280PA97

Case below: 126 N.C.App. 210

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 23 July 1997.

FORMYDUVAL v. LOCKEY

No. 263P97

Case below: 126 N.C.App. 224

Petition by defendants (Eldiweiss Lockey, Willard Formyduval, and Graolin Formyduval) for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

GOODE v. JENKINS

No. 10A94-3

Case below: 341 N.C. 513

Johnston County Superior Court

Petition by plaintiff for writ of supersedeas and motion for temporary stay denied 27 June 1997. Petition by plaintiff for writ of prohibition to prohibit order of the Honorable Knox V. Jenkins, Jr. denied 27 June 1997.